UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRIAN KEITH JOHNSON, ) | |
| ) | |
| Plaintiff, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:22-CV-164–D** |
| v. ) | |
| ) | |
| ) | |
| MARTIN O'MALLEY, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 30], DENIES plaintiff's motion for judgment on the pleadings [D.E. 24], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on March 7, 2024, and Copies To:**
Derrick Kyle Arrowood        (via CM/ECF electronic notification)
Scott A. Scurfield           (via CM/ECF electronic notification)
Samantha Zeiler              (via CM/ECF electronic notification)
Wanda D. Mason               (via CM/ECF electronic notification)

DATE:                        PETER A. MOORE, JR., CLERK
March 7, 2024                (By) /s/ Stephanie Mann
                             Deputy Clerk